## Jennie Shaffner, Appellee, v. B. M. Shaffner, Appellant.

### Gen. No. 18,016.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. CHARLES M. WALKER, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Affirmed. Opinion filed October 15, 1913.

### Statement of the Case.

Appeal by B. M. Shaffner from an order committing him from contempt for failure to pay alimony.

B. M. SHAFFNER, *pro se.*

P. H. BISHOP, for appellee.

MR. JUSTICE BAUME delivered the opinion of the court.

### Abstract of the Decision.

This case is controlled by the decision in *Shaffner v. Shaffner,* Gen. No. 18,015, *ante,* p. 450.

---

## Claude B. Davis, Defendant in Error, v. Max J. Strauch and Wilhelmina Strauch, Plaintiffs in Error.

### Gen. No. 18,079.    (Not to be reported in full.)

Error to the Circuit Court of Cook county; the Hon. MAZZINI SLUSSER, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1912. Affirmed. Opinion filed October 15, 1913.

## Statement of the Case.

Action by Claude B. Davis, trading as Claude B. Davis & Company, against Max J. Strauch and Wilhelmina Strauch. From a judgment for plaintiffs for two hundred and eight dollars, defendant brings error.

DANIEL V. HARKIN and DILLARD B. BAKER, for plaintiffs in error.

GEORGE M. STEVENS, for defendant in error.

MR. JUSTICE BAUME delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 866*—what abstract must contain. A purported abstract which is a mere index of the record is wholly insufficient to present questions for review.

2. APPEAL AND ERROR, § 787*—when bill of exceptions is necessary. A bill of particulars and certain motions and affidavits which appear in a record can only be properly preserved by a bill of exceptions.

---

## Maplewood Colliery Company, Plaintiff in Error v. Otto F. Siebenmann, Defendant in Error.

### Gen. No. 18,114.   (Not to be reported in full.)

Error to the Superior Court of Cook county; the Hon. WILLIAM E. DEVER, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1912. Affirmed. Opinion filed October 15, 1913.

### Statement of the Case.

Action of replevin by Maplewood Colliery Company against Otto F. Siebenmann. From an alternative

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.